November 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

HELIX ENERGY SOLUTIONS GROUP, INC., HELIX SUBSEA
CONSTRUCTION, INC., AND HELIX WELL OPS INC., Appellants

NO. 14-14-00442-CV                V.

MATTHEW HOWARD, Appellee

_____

This cause, an appeal from the trial court's order signed May 27, 2014 in favor of appellee Matthew Howard, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **DECLARE** the order **VOID, DISSOLVE** the order, and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee Matthew Howard.

We further order that the mandate be issued immediately.

We further order this decision certified below for observance.